**Affirmed and Memorandum Opinion filed June 14, 2012.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-12-00068-CR

————————

**CARROLL DWAYNE LEBLANC, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Court Cause No. 08-04633**

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to the offense of burglary of a building and was placed on deferred adjudication probation for five years. On January 9, 2012, the trial court adjudicated appellant's guilt and sentenced him to confinement for two years in the State Jail Division of the Texas Department of Criminal Justice. Appellant filed a timely notice of appeal.[1]

---

[1] Appellant initially appealed to the Ninth Court of Appeals in Beaumont. Pursuant to its docket equalization authority, the Texas Supreme Court transferred appellant's appeal to this court. *See* Tex. Gov't Code Ann. § 73.001.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

Copies of counsel's brief and the record were delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). As of this date, more than forty-five days has passed and no pro se response has been filed.

We have carefully reviewed the record, counsel's brief, and appellant's response, and agree the appeal is wholly frivolous and without merit. A discussion of the brief would add nothing to the jurisprudence of the state. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, we affirm the judgment of the trial court.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Seymore and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).